TRANSAMERICA TITLE
INSURANCE COMPANY

v.

SAN BENITO BANK &
TRUST COMPANY.

No. C–7990.

Supreme Court of Texas.

July 12, 1989.

Walter Gilbert CONNOR, Appellant

v.

The STATE of Texas, Appellee.

No. 885–82.

Court of Criminal Appeals of Texas,
En Banc.

June 7, 1989.

Susan B. Biggs, San Antonio, for appellant.

Bill M. White, Former Dist. Atty. & Dick Ryman, Elizabeth Taylor & John J. Horn, III, Asst. Dist. Attys., San Antonio, Robert Huttash, State's Atty. & Alfred Walker, First Asst. State's Atty., Austin, for the State.

OPINION ON STATE'S PETITION FOR DISCRETIONARY REVIEW

TEAGUE, Judge.

"We have learned the lesson of history, ancient and modern, that a system of criminal law enforcement which comes to depend on the 'confession' will, in the long run, be less reliable and more subject to abuses than a system which depends on